United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG GARRISON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ORACLE CORPORATION,<br><br>        Defendant. | Case No. 14-CV-04592-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Tyler J. Belong
Defendant's Attorneys: Sarah M. Ray; James C. Maroulis

An initial case management conference was held on January 21, 2015. A further case management conference is set for April 23, 2015, at 1:30 p.m. The parties shall file their joint case management statement by April 16, 2015.

Defendant shall serve initial disclosures by February 4, 2015.

The Court will not stay or bifurcate discovery.

The Court set the following case schedule:

DEADLINE TO SERVE INITIAL DISCLOSURES: February 4, 2015

MOTION FOR JUDGMENT ON THE PLEADINGS HEARING: April 23, 2015, at 1:30 p.m.

1

DEADLINE TO COMPLETE PRIVATE MEDIATION: August 31, 2015

CLASS CERTIFICATION:
      Motion Due: December 8, 2015
      Opposition Due: To be agreed on by the parties
      Reply Due: January 21, 2016
      Hearing: February 11, 2016, at 1:30 p.m.

FACT DISCOVERY CUTOFF: June 30, 2016

EXPERT DISCOVERY:
      Opening Reports: July 21, 2016
      Rebuttal Reports: August 11, 2016
      Close of Expert Discovery: September 1, 2016

DISPOSITIVE MOTIONS shall be filed by September 15, 2016, and set for hearing no later than October 27, 2016, at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: December 15, 2016, at 1:30 p.m.

JURY TRIAL: January 23, 2017, at 9:00 a.m.  Trial is expected to last 14 days.

**IT IS SO ORDERED.**

Dated: January 21, 2015

_Lucy H. Koh_
_____
LUCY H. Koh
United States District Judge

United States District Court
Northern District of California

2