UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG GARRISON, | ) Case No.: 5:14-cv-04592-LHK |
| | ) |
| Plaintiff, | ) **ORDER RE: MOTION TO SEAL** |
| v. | ) |
| | ) **(Re: Docket No. 45)** |
| ORACLE CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Before the court is Plaintiff Greg Garrison's administrative motion to file under seal Exhibit B to the Tyler J. Belong Declaration filed in support of Garrison's motion to compel further initial disclosures from Defendant Oracle Corporation. Consistent with Civil L. R. 79-5, the motion is DENIED without prejudice for the following reasons:

1. The documents offered in the administrative motion to file under seal contain unexplained highlighting.

2. The portions to be sealed are not highlighted in the unredacted submission.

1

Case No.: 5:14-cv-4592-LHK
ORDER RE: MOTION TO SEAL

3. The proposed order does not list in table format each narrowly-tailored portion sought to be sealed.

The requesting party is free to resubmit an error-free administrative motion to file under seal no later than March 20, 2015.

**SO ORDERED.**

Dated: March 17, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge