UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG GARRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. 14-CV-04592-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Tyler Belong
Defendant's Attorneys: Sarah Ray; James Maroulis; Elyse Greenwald

    A case management conference was held on April 23, 2015.  A further case management conference is set for May 20, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by May 13, 2015.

    Finding good cause shown, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006), the Court hereby GRANTS Oracle's administrative motion to seal portions of the parties' joint case management statement.  ECF No. 67.

    By May 1, 2015, Oracle shall produce all documents produced to the Department of Justice, and Plaintiff shall produce all of Plaintiff's documents regarding his employment at Oracle, any documents Plaintiff has received in response to Plaintiff's subpoenas to third parties, and any other documents in Plaintiff's possession that may be relevant to his claims in this lawsuit.

1

Case No.: 14-CV-04592-LHK
CASE MANAGEMENT ORDER

Plaintiff's request to amend the case schedule is hereby DENIED.  The case schedule remains as follows:

| Scheduled Event | Date |
|---|---|
| Further CMC | May 20, 2015, at 2:00 p.m. |
| Deadline to File Amended Complaint | May 22, 2015 |
| Deadline to Complete ADR | August 31, 2015 |
| Class Certification Briefing | Motion: December 8, 2015<br>Opposition: TBD by Parties<br>Reply: January 21, 2016 |
| Class Certification Hearing | February 11, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | June 30, 2016 |
| Opening Expert Reports | July 21, 2016 |
| Rebuttal Expert Reports | August 11, 2016 |
| Close of Expert Discovery | September 1, 2016 |
| Last Day to File Dispositive Motions | September 15, 2016 |
| Hearing on Dispositive Motions | October 27, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 15, 2016, at 1:30 p.m. |
| Jury Trial | January 23, 2017, at 9:00 a.m. |
| Length of Trial | 14 days |

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04592-LHK
CASE MANAGEMENT ORDER