UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG GARRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. 14-CV-04592-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Tyler Belong
Defendant's Attorney: Sarah Ray

    A case management conference was held on May 20, 2015. A further case management conference is set for June 24, 2015, at 2:00 p.m. The parties shall file their joint case management statement by June 17, 2015.

    By tomorrow, May 21, 2015, at 3:00 p.m., Ms. Ray shall file a declaration containing the following information regarding Oracle's responses to Plaintiff's first set of document production requests served on January 21, 2015: (1) from which custodians Oracle collected documents responsive to Plaintiff's requests; (2) when any searches of documents were conducted; (3) what search terms were used during those searches; (4) whether any responsive documents were found during those searches; and (5) when those responsive documents, if any, will be produced to Plaintiff. In no event shall any responsive documents be produced later than May 27, 2015.

    By today, May 20, 2015, Plaintiff shall file the two sets of document production requests

1

Case No.: 14-CV-04592-LHK
CASE MANAGEMENT ORDER

that Plaintiff has served on Oracle.

The case schedule remains as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Amended Complaint | May 22, 2015 |
| Further CMC | June 24, 2015, at 2:00 p.m. |
| Deadline to Complete ADR | August 31, 2015 |
| Class Certification Briefing | Motion: December 8, 2015<br>Opposition: TBD by Parties<br>Reply: January 21, 2016 |
| Class Certification Hearing | February 11, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | June 30, 2016 |
| Opening Expert Reports | July 21, 2016 |
| Rebuttal Expert Reports | August 11, 2016 |
| Close of Expert Discovery | September 1, 2016 |
| Last Day to File Dispositive Motions | September 15, 2016 |
| Hearing on Dispositive Motions | October 27, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 15, 2016, at 1:30 p.m. |
| Jury Trial | January 23, 2017, at 9:00 a.m. |
| Length of Trial | 14 days |

**IT IS SO ORDERED.**

Dated: May 20, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04592-LHK
CASE MANAGEMENT ORDER