UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG GARRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. 14-CV-04592-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Tyler Belong
Defendant's Attorney: Sarah Ray

A case management conference was held on June 24, 2015. A further case management conference is set for August 12, 2015, at 2:00 p.m. The parties shall file their joint case management statement by August 5, 2015.

The case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Deadline to File Motion to Dismiss | June 25, 2015 |
| Further CMC | August 12, 2015, at 2:00 p.m. |
| Deadline to Complete ADR | August 31, 2015 |
| Motion to Dismiss Hearing | October 15, 2015, at 1:30 p.m. |

1

Case No.: 14-CV-04592-LHK
CASE MANAGEMENT ORDER

| Class Certification Briefing | Motion: December 8, 2015<br>Opposition: TBD by Parties<br>Reply: January 21, 2016 |
|---|---|
| Class Certification Hearing | February 11, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | June 30, 2016 |
| Opening Expert Reports | July 21, 2016 |
| Rebuttal Expert Reports | August 11, 2016 |
| Close of Expert Discovery | September 1, 2016 |
| Last Day to File Dispositive Motions | September 15, 2016 |
| Hearing on Dispositive Motions | October 27, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 15, 2016, at 1:30 p.m. |
| Jury Trial | January 23, 2017, at 9:00 a.m. |
| Length of Trial | 14 days |

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04592-LHK
CASE MANAGEMENT ORDER