UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREG GARRISON, individually and on behalf of all others similarly situated, | Case No. 14-CV-04592-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| ORACLE CORPORATION, | |
| Defendant. | |

Plaintiff's Attorney: Tyler Belong
Defendant's Attorney: Sarah Ray

    A case management conference was held on August 12, 2015.  A further case management conference is set for October 15, 2015, at 1:30 p.m.  The parties shall file their joint case management statement by October 8, 2015.

    The case schedule was amended as follows:

| Scheduled Event | Date |
|---|---|
| Hearing on Motion to Dismiss | October 15, 2015, at 1:30 p.m. |
| Further CMC | October 15, 2015, at 1:30 p.m. |
| Deadline to Complete ADR | January 29, 2016 |

| Class Certification Briefing | Motion: March 10, 2016<br>Opposition: April 21, 2016<br>Reply: May 19, 2016 |
|---|---|
| Class Certification Hearing | June 9, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | June 30, 2016 |
| Opening Expert Reports | July 21, 2016 |
| Rebuttal Expert Reports | August 11, 2016 |
| Close of Expert Discovery | September 1, 2016 |
| Last Day to File Dispositive Motions | September 15, 2016 |
| Hearing on Dispositive Motions | October 27, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 15, 2016, at 1:30 p.m. |
| Jury Trial | January 23, 2017, at 9:00 a.m. |
| Length of Trial | 14 days |

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
LUCY H. KOH
United States District Judge