JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
BRYCE A. DODDS (SBN 283491)
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
Telephone No. (619) 238-4720
Facsimile No. (619) 270-9856

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: High Tech Employee Antitrust Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MASTER DOC. NO. 11-cv-2509-LHK<br><br>CASE NO.: 5:14-cv-04592-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| GREG GARRISON, DEBORAH VAN VORST, and SASTRY HARI individually and on behalf of all others similarly situated;<br><br>        Plaintiffs,<br>vs.<br><br>ORACLE CORPORATION, a Delaware corporation;<br><br>        Defendant. | Date:    October 15, 2015<br>Time:   1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:   The Honorable Lucy H. Koh |

Plaintiffs Greg Garrison, Deborah Van Vorst, and Sastry Hari ("Plaintiffs") and defendant Oracle Corporation ("Oracle") submit this Joint Case Management Conference Statement consistent with the Court's August 12, 2015 Case Management Order (ECF No. 124), and in advance of the Case Management Conference set for October 15, 2015 at 1:30 p.m.

## I. CASE PROGRESS SUMMARY

Since the parties' last Case Management Conference on August 12, 2015, this case has progressed as follows:

### A. Pleadings

On June 25, 2015, Oracle moved to dismiss Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 110. Plaintiffs filed their Opposition in response to Oracle's motion on July 22, 2015. ECF No. 114. Oracle's reply brief was filed on August 13, 2015. ECF No. 104. The Court is presently scheduled to hear Oracle's motion on October 15, 2015 at 1:30 p.m.

### B. Discovery

*Document Production and Written Discovery.*

In response to Plaintiffs' requests for production, Oracle has produced approximately 4,900 pages of documents in addition to the more than 5,000 pages of documents it produced to the Department of Justice and turned over to Plaintiffs. To identify documents responsive to Plaintiffs' requests, Oracle ran more than 350 search terms and its document review team reviewed more than 74,000 documents. The last of Oracle's productions was 272 documents and was produced on August 18.

Plaintiffs recently served a fifth request for production on Oracle. These requests seek, among other things, transactional data reflecting compensation levels of employees impacted by the alleged unlawful agreements between Oracle and other companies. Oracle's responses and objections to Plaintiffs' fifth request for production are due on October 22, 2015.

Oracle served Plaintiffs with a second request for production of documents and a second set of interrogatories on July 22, 2015. After seeking several extensions from Oracle, which Oracle granted, Plaintiffs served their responses and objections on September 8, 2015.

(i) *Oracle's* position: To date, the three named Plaintiffs have produced approximately 103 pages of documents in total, all in response to Oracle's first set of document requests which were served in January. Plaintiffs refused to respond to many of Oracle's July 22 interrogatories and requests for production, and for the requests where they agreed to search for responsive documents, they have yet to produce any documents. Oracle sent Plaintiffs a letter on October 8 detailing its concerns with Plaintiffs' responses and, at this time, believes the parties can resolve any disagreements through the meet and confer process.

(ii) *Plaintiffs'* position: Plaintiffs voluntarily supplemented responses to the January requests for production once the two additional named Plaintiffs were added to this case. Plaintiffs have objected to some of the numerous requests, but have never refused to respond. Plaintiffs have each retained a computer forensic specialist who preserved the records on their respective personal computers, and Plaintiffs have searched and produced numerous responsive records – both hard copy and electronic. The first time that Plaintiffs were made aware of Oracle's dissatisfaction with Plaintiffs' supplemented responses was when Oracle emailed Plaintiffs its draft of this instant joint case management statement two days before it was due to be filed with the Court. Defendant did not provide Plaintiffs with any information regarding what specific responses or documents Oracle felt were deficient until after Plaintiffs requested to know what Oracle found deficient. Indeed, upon receiving Oracle's recent vague claim of dissatisfaction with the responses, Plaintiffs proactively and promptly reached out to Oracle to inquire about what specifically Oracle felt was deficient so that Plaintiffs can promptly supplement either or both their responses and or document production. Then, on the day that this instant case management statement was due, Defendant finally informed Plaintiffs what specific responses Defendant found deficient. Plaintiffs will review Oracle's letter received on today's date and will respond to this letter prior to the case management conference in this case, informing Oracle what specific responses and or record production Plaintiffs will supplement.

*Depositions.*

Once Oracle is satisfied that Plaintiffs have completely responded to Oracle's

interrogatories and produced all responsive documents, Oracle will work with Plaintiffs to schedule their depositions. Plaintiffs agree that they will promptly provide dates of availability to Oracle upon request.

Plaintiffs have taken the depositions of the following non-party witnesses, the identity of whom was revealed to Plaintiffs through their investigations and review of DOJ records produced in this case: Anthony Miranda; Tom Byrom; and Krish Mohan.

As noted in the parties' last Case Management Conference statement (ECF No. 120), the depositions of two former and current Oracle employees, David Malloy and Amanda Gill, were scheduled to take place on August 28 and September 18, respectively. Plaintiffs postponed both depositions. Oracle will work with Plaintiffs to reschedule these depositions for mutually acceptable dates. Once the balance of Oracle's document production is produced to Plaintiffs' counsel, the parties will meet and confer to discuss the scheduling of a 30(b)(6) deposition and the topics Plaintiffs intend to pursue.

*Third Party Subpoenas.*

Plaintiffs have issued subpoenas to at least the following third-parties in this case: Adobe Systems, Inc., Apple, Intel, Intuit, Google, IBM, Dell, Deloitte, Lucas Film, and Pixar. Plaintiffs have now received documents from all but IBM, Dell, Deloitte, Pixar and Lucas Film and are meeting and conferring with those entities. However, IBM has now informed Plaintiffs that production will occur next week. Plaintiffs do not presently anticipate the need to compel any other records from these parties. Plaintiffs have produced to Oracle all documents that they have received to date through their third-party subpoenas.

Oracle has subpoenaed records regarding the named Plaintiffs' employment from Accenture, Adobe Systems, Inc., Corinthian Colleges, Covansys Corporation, Xerox Corporation, Westwood College, Visa International, Staples Inc., Opti Frame, Omnicell, Inc., Intuit Inc., Hewlett-Packard, Dickinson Financial Corporation, and Google Inc. Oracle has produced to Plaintiffs all responsive documents that it has received to date through its third-party subpoenas.

## II. SCHEDULING

At the last case management conference the Court amended the case schedule as follows (ECF No. 124):

| Scheduled Event | Date |
| --- | --- |
| Hearing on Motion to Dismiss | October 15, 2015, at 1:30 p.m. |
| Further CMC | October 15, 2015, at 1:30 p.m. |
| Deadline to Complete ADR | January 29, 2016 |
| Class Certification Briefing | Motion: March 10, 2016<br>Opposition: April 21, 2016<br>Reply: May 19, 2016 |
| Class Certification Hearing | June 9, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | June 30, 2016 |
| Opening Expert Reports | July 21, 2016 |
| Rebuttal Expert Reports | August 11, 2016 |
| Close of Expert Discovery | September 1, 2016 |
| Last Day to File Dispositive Motions | September 15, 2016 |
| Hearing on Dispositive Motions | October 27, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 15, 2016, at 1:30 p.m. |
| Jury Trial | January 23, 2017, at 9:00 a.m. |
| Length of Trial | 14 days |

Dated: October 8, 2015

**HOGUE & BELONG**

/s/ *Tyler J. Belong*
JEFFREY L. HOGUE
TYLER J. BELONG
BRYCE A. DODDS
Attorneys for Plaintiffs

**HAUSFELD LLP**

Bonny E. Sweeney
Michael D. Hausfeld
Christopher L. Lebsock
Melinda R. Coolidge
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
415-633-1908
415-358-4980 (fax)
mcoolidge@hausfeldllp.com
mhausfeld@hausfeldllp.com
clebsock@hausfeldllp.com
bsweeney@hausfeld.com
Attorneys for Plaintiffs

5

|   |   |
|---|---|
| 1 | **HURST & HURST** |
|   | Debra Hurst |
| 2 | Kyle Van Dyke |
|   | Julie Corbo-Ridley |
| 3 | 701 B Street |
|   | Suite 1400 |
| 4 | San Diego, CA 92101 |
|   | 619-236-0016 |
| 5 | 619-236-8569 (fax) |
|   | julie@hurst-hurst.com |
| 6 | dhurst@hurst-hurst.com |
|   | kvandyke@hurst-hurst.com |
| 7 | Attorneys for Plaintiffs |

**The Markham Law Firm**
Maggie K. Realin
Janine Renee Menhennet
Peggy J. Reali
David Roger Markham
750 B Street
Suite 1950
San Diego, CA 92101
619-399-3995
619-615-2067 (fax)
dmarkham@markham-law.com
jmenhennet@markham-law.com
preali@markham-law.com
mrealin@markham-law.com
Attorneys for Plaintiffs

**LATHAM & WATKINS LLP**

By: /s/ Sarah M. Ray

Daniel M. Wall (Bar No. 102580)
Sarah M. Ray (Bar No. 229670)
Jesse McKeithen (Bar No. 274335)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: dan.wall@lw.com
Email: sarah.ray@lw.com
Email: jesse.mckeithen@lw.com

Elyse M. Greenwald (Bar No. 268050)
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
Email: elyse.greenwald@lw.com

ORACLE CORPORATION
Dorian Daley (Bar No. 129049)
Deborah K. Miller (Bar No. 95527)
James C. Maroulis (Bar No. 208316)
500 Oracle Parkway
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
Email: dorian.daley@oracle.com
Email: deborah.miller@oracle.com
Email: jim.maroulis@oracle.com

Attorneys for Defendant
ORACLE CORPORATION

## **ATTESTATION**

I, Tyler J. Belong, hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

<u>/s/ Tyler J. Belong</u>
Tyler J. Belong