United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG GARRISON, et al., | Case No. 14-CV-04592-LHK |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ORACLE CORPORATION, | |
| Defendant. | |

The Court has dismissed the Second Amended Complaint with prejudice.  Accordingly,

the Clerk of the Court shall enter judgment in favor of Defendant.  The Clerk shall close the case

file.

**IT IS SO ORDERED.**

Dated:  February 2, 2016

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-04592-LHK
JUDGMENT